IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

COWELL NEMOY BROWN,

    Plaintiff,

v.                                                                                4:15cv273–WS–CAS

FLORIDA BAR,
et al.,

    Defendants.

_____

### ORDER ADOPTING THE MAGISTRATE JUDGE'S
### REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 17) docketed August 12, 2015. The magistrate judge recommends that the plaintiff's case be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), (iii). The plaintiff has filed objections (doc. 22) to the report and recommendation.

Having reviewed the plaintiff's third amended complaint, the magistrate judge's report and recommendation, and the plaintiff's objections thereto, the court finds that the magistrate judge correctly determined that the plaintiff's third

amended complaint does not survive scrutiny under 28 U.S.C. § 1915(e)(2).  For the reasons set forth in the report and recommendation, the plaintiff's complaint must be dismissed.  Accordingly, it is ORDERED:

1.  The magistrate judge's report and recommendation (doc. 17) is hereby ADOPTED and incorporated by reference in this order.

2.  The plaintiff's complaint and this action are DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), (iii) for failure to state a claim upon which relief may be granted and because the majority of the defendants have immunity from suit.

3.  The clerk shall enter judgment stating: "All claims are dismissed."

4.  The clerk shall note on the docket sheet that the case has been dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), (iii).

5.  All pending motions/matters (docs. 19, 20, & 22) are DENIED.

DONE AND ORDERED this ___16th___ day of ___September___, 2015.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE